IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL BLAKES,                      )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )          Case No. 3:11-cv-932-GPM-DGW
                                     )
LINDA FOUTCH,                        )
                                     )
        Defendant.                   )

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Compel filed by Plaintiff, Michael Blakes,

on August 15, 2013 (Doc. 87).   The Motion is **GRANTED IN PART and DENIED IN PART**.

Plaintiff seeks full responses to various interrogatories that were served on December 27,

2012.  Defendant has failed to respond to this Motion.   Notwithstanding this failure, Plaintiff is

not entitled to all the information sought.   Defendant shall nonetheless produce the following

documents:

> 1.  Any reports authored by Linda Foutch related to Plaintiff's medical care after
> the June 25, 2010 incident.

> 2.  A list of any degrees or certificates (and dates) that Linda Foutch has received.
> It is unnecessary to indicate from which institution said degrees/certificates were
> conferred.

All other categories of information sought by Plaintiff are irrelevant to his claim.   For example,

any documents regarding complaints made against Defendant Foutch by other inmates or

generally are nor relevant to whether she was deliberately indifferent to Plaintiff's medical needs.

In addition, her employment status, the particulars of her background, work history, and personnel

actions, are irrelevant to Plaintiff's claims and may create a security risk if known by Plaintiff or

other inmates.   Finally, "drafts" of notes are irrelevant to Plaintiff's claims as he should have or will have in his possession the notes actually created by Defendant.

Defendant shall produce these documents by **October 11, 2013** and file, on that day, a notice with the Court indicating compliance.


**IT IS SO ORDERED.**

**DATED: September 23, 2013**

                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**

2