UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL BLAKES,

    Plaintiff,

v.

LINDA FOUTCH, MD FE FUENTES and
DAVID REDNOUR,

    Defendants.

Case No. 11-cv-932-JPG-DGW

## JUDGMENT

This matter having come before the Court, and the plaintiff having failed to pay the required filing fee,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: May 1, 2014**    NANCY J. ROSENSTENGEL, Clerk of Court

s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**